An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| FLETCHER JONES EAST SAHARA LTD, LLC, A NEVADA LIMITED LIABILITY COMPANY D/B/A FLETCHER JONES TOYOTA, Petitioner, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JEROME T. TAO, DISTRICT JUDGE, Respondents, and CHRISTINE KELLEY AND RICHARD KELLEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, Real Parties in Interest. | No. 59234 FILED FEB 28 2013 TRACIE K. LINDEMAN CLERK OF SUPREME COURT BY _____ DEPUTY CLERK |

## ORDER DENYING PETITION

This petition for writ of mandamus challenges the district court's order denying the petitioner's renewed motion for summary judgment. Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge.

A writ of mandamus can compel the performance of an act that the law requires as a duty resulting from an office, trust, or station, or to control an arbitrary or capricious exercise of discretion. See NRS 34.160; International Game Tech. v. Dist. Ct., 124 Nev. 193, 197, 179

13-06302

P.3d 556, 558 (2008). Writ relief is generally unavailable when the petitioner has a plain, speedy, and adequate remedy at law. See NRS 34.170; NRS 34.330; International Game Tech., 124 Nev. at 197, 179 P.3d at 558. Generally, an appeal is an adequate legal remedy; thus, precluding writ relief. Pan v. Dist. Ct., 120 Nev. 222, 224, 88 P.3d 840, 841 (2004).

Here, the petitioner can challenge the summary judgment order at issue as part of an appeal from any final judgment the district court enters, if that judgment aggrieves the petitioner. Consolidate Generator v. Cummins Engine, 114 Nev. 1304, 1312, 971 P.2d 1251, 1256 (1998) (explaining that a party may challenge an interlocutory order in the context of an appeal from a final judgment); see also NRAP 3A(b)(1); Lee v. GNLV Corp,. 116 Nev. 424, 426, 996 P.2d 416, 471 (2000) (defining a final judgment). Therefore, an appeal provides the petitioner with a speedy and adequate remedy. Accordingly, we

ORDER the petition DENIED

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Jerome T. Tao, District Judge
        Pyatt Silvestri & Hanlon
        David S. Ladwig, Esq.
        George O. West, III
        Fennemore Craig Jones Vargas/Reno
        Eighth District Court Clerk